In re MADISON RYS. CO.

CITY OF MADISON v. MADISON RYS. CO.

No. 7169.

Circuit Court of Appeals, Seventh Circuit.

Jan. 4, 1940.

Harold E. Hanson, of Madison, Wis., for petitioner.

No counsel for appellee of record.

Before SPARKS, MAJOR, and KERNER, Circuit Judges.

PER CURIAM.

Petitioner prays an appeal from an order entered November 28, 1939, confirming a plan of reorganization in a proceeding under section 77B of the Bankruptcy Act, 11 U.S.C.A. § 207. The debtor is a corporation operating a line of buses in the city of Madison, Wisconsin, and petitioner, the city of Madison, has a liquidated claim against it for $9,417, and an unliquidated claim alleged to amount to in excess of $200,000.

Under the provisions of the Chandler Act, relating to bankruptcy (11 U.S.C.A. § 47), leave of the appellate court is necessary for appeal from any order, decree, or judgment involving less than $500. Since the order from which the appeal is here sought does not fall within the scope of that provision, leave of this court is neither necessary nor proper; hence the petition must be, and it is hereby, denied.